UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ALBERT E. DUNN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 5:14-cv-01625 |
| | : | |
| READING HUMAN RELATIONS COMMISSION, | : | |
| | : | |
| - and - | : | |
| | : | |
| CITY OF READING, PENNSYLVANIA, | : | |
| | : | |
| Defendants. | : | |

_____

## O R D E R

**AND NOW,** this 17th day of April, 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 22) and the response filed thereto, it is hereby **ORDERED** that:

(1) Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED**.

(2) Judgment in this matter is **ENTERED** in favor of the Defendant.

(3) The Clerk of Court is directed to **CLOSE** the case.

                                                   **BY THE COURT:**

                                                   */s/ Joseph F. Leeson, Jr.*_____
                                                   **JOSEPH F. LEESON, JR., U.S.D.J.**